IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SOUTHWEST OHIO REGIONAL COUNCIL OF CARPENTERS et. al., | * * | CASE NO. 3:14-cv-437 |
| Plaintiffs, | * | JUDGE THOMAS ROSE |
| vs. | * | |
| | * | |
| NATIONAL INDUSTRIAL STEEL, SERVICES, INC. | * | ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT |
| Defendant. | * | |

_____

WHEREAS, Plaintiffs Southwest Ohio Regional Council of Carpenters Pension Fund, Southwest Ohio Regional Council of Carpenters Retirement Plan, Ohio Carpenters Health Fund, Carpenters and Millwrights Training and Education Fund, the Union Construction Advancement Program of Southwest Ohio, and the UBCJA National Health and Safety Program filed their Complaint on December 8, 2014;

WHEREAS, the Defendant failed to file a timely answer or otherwise plead;

WHEREAS, the Clerk of this Court issued an Entry of Default on April 28, 2015;

NOW THEREFORE, upon motion of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendant in accordance with the Motion for Default Judgment and exhibits thereto; and

**IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** on behalf of the Plaintiffs and against the Defendant in the amount of $11,365.55, representing

contributions owed, liquidated damages, interest, reasonable attorney fees, and costs of this action.

Additionally, **JUDGMENT IS ENTERED** on behalf of Plaintiffs for accumulated interest for late and/or unpaid contributions from the respective due dates of such contributions at the rate of one percent (1%) per month from the due date until paid in full and for reasonable attorney's fees incurred in connection with the collection of the unpaid amounts in an amount to be determined upon the completion of the collection of all unpaid contributions.

ENTERED:

By:

*s/Thomas M. Rose
_____
UNITED STATES DISTRICT JUDGE

Dated:

June 26, 2015

Prepared by the Attorney for Plaintiffs:

David M. Pixley (0083453)
Ledbetter, Parisi, Sollars LLC
9240 Market Place Drive
Miamisburg, Ohio 45342
937.619.0900 (ph)
937.619.0999 (fx)